FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 22 PM 12: 29

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEAUNBREY GARDNER,                    )
                                      )
        Petitioner,                   )
                                      )
v.                                    )    CASE NO. CV412-232
                                      )
UNITED STATES OF AMERICA,             )
                                      )
        Respondent.                   )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation, to which no objections have been filed.
(Doc. 2.)    After a careful de novo review of the record,
the report and recommendation is **ADOPTED** as the Court's
opinion in this case, and the 28 U.S.C. § 2255 Petition is
**DISMISSED**.   As noted in the report and recommendation, the
Court declines to grant Petitioner a Certificate of
Appealability, rendering moot any request for leave to
appeal in forma pauperis.   The Clerk of Court is **DIRECTED**
to close this case.

SO ORDERED this 20th day of October 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA